DEFENDANT: TONY ITMUS CHANCE
CASE NUMBER: 5:02CR00032-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __120__ month(s).

Further the court orders that the defendant support all dependants while incarcerated. These funds should be forwarded to Lashonda Campbell at Post Office Box 123, Red Springs, NC 28377.

☒ The court makes the following recommendations to the Bureau of Prisons:

see attached page.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ a.m./p.m. on _____.

☐ as notified by the United States Marshal.

FILED
OCT 2 7 2006
US DISTRICT COURT, EDNC
BY _____ DEP. CLK

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

RECEIVED
OCT 2 5 2006
U.S. Marshals Service, EDNC

## RETURN

I have executed this judgment as follows:

Defendant delivered on __10/20/06__ to __FCI Bennettsville__
at __Bennettsville, SC__, with a certified copy of this judgment.

M. PETTIFORD, WARDEN
~~UNITED STATES MARSHAL~~

By __D. Eheh, Acting SISS__
Deputy U.S. Marshal