UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TONY ITMUS CHANCE,
        Petitioner,

v.

UNITED STATES OF AMERICA,
        Respondent.

**Judgment in a 2255 Case**

Criminal Case No. 5:02-CR-32-H
Civil Case No.     5:12-CV-596-H

**Decision by Court.**

This action came before the Honorable Malcolm J. Howard, Senior United States District Judge, for consideration of the petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 and the respondent's response.

**IT IS ORDERED AND ADJUDGED** that petitioner's motion to vacate is granted and the judgment entered September 17, 2003 is vacated.

This Judgment Filed and Entered on November 5, 2012, with service on:

Halerie F. Mahan and Jane J. Jackson (via CM/ECF Notice of Electronic Filing)

November 5, 2012                                     /s/ Julie A. Richards
                                                                       Clerk

Raleigh, North Carolina